JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENCIA GREEN, | Case No. ED CV 16-0763 FMO (DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BILL & MARY MATRAYEK TRUST, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 15th day of March, 2017.

/s/
Fernando M. Olguin
United States District Judge